IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01434-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JEFFREY S. WALKER,

    Plaintiff,

v.

MESA COUNTY DISTRICT COURT,
JUDGE JOHN McMULLEN,
JUDGE VALERIE ROBISON,
MESA COUNTY DETENTION FACILITY, and
MESA COUNTY DISTRICT ATTORNEY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff, Jeffrey S. Walker, currently is incarcerated at the Meas County Detention Facility in Grand Junction, Colorado.  Mr. Walker, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ the certified copy of prisoner's trust fund statement does not include all of the **6-month period immediately** preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing authorization to calculate and disburse filing fee payments
(6) ___ is missing an original signature by the prisoner
(7) ___ other:

**Complaint, Petition or Application**:
(8) ___ is not submitted
(9) ___ is not on proper form (must use the Court's current form)
(10) ___ is missing an original signature by the prisoner
(11) ___ is missing page nos. ___
(12) ___ uses et al. instead of listing all parties in caption
(13) ___ names in caption do not match names in text
(14) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED: June 6, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2